UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-

JUL 16 2014

At
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| SAMUEL L. BRADBURY | ) | 18 U.S.C. § 844(e)  2:14CR-71 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
(Willfully Making a Threat to use Fire or Explosive Materials)

On or about June 19, 2014, in the Northern District of Indiana and elsewhere, the defendant

**SAMUEL L. BRADBURY**

through use of the Internet, an instrument of interstate or foreign commerce, willfully made a threat to kill TG, a law enforcement officer; TB, a law enforcement officer; LS, a judge; and LM, a judge. Further, the defendant threatened to unlawfully damage or destroy the Tippecanoe County courthouse, and threatened to unlawfully damage or destroy police vehicles, all by means of thermite, an incendiary device.

All in violation of 18 USC § 844(e).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

DAVID A. CAPP
UNITED STATES ATTORNEY

By:  /s/ Susan L. Collins
Susan L. Collins
Assistant United States Attorney