## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**v.**                       **CASE NUMBER:  2:14-CR-71**

**SAMUEL BRADBURY**

      **Defendant.**


### MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE

Comes now the defendant, Samuel Bradbury, by counsel, moves the Court for an

Order continuing the trial and pretrial conference for a period of no less than 30 days. In

support of this motion, the defendant would show the following:

      1.      An Indictment was filed on July 16, 2014, charging the defendant in Count

1 with violation of 18 U.S.C. § 844(e).

      2.      The defendant is in pretrial detention at Lake County Jail.

      3.      The trial in this matter is set for September 22, 2014 at 8:30 a.m. before

Chief Judge Philip P. Simon. The pretrial conference is scheduled for September 12,

2014 at 2:00 p.m. before Magistrate Judge Andrew P. Rodovich.

      4.      The defendant and the undersigned counsel need additional time to

properly investigate the allegations contained in the Indictment, review the

government's discovery, and effectively prepare for trial. The defense expects to receive

additional discovery in this case.

5.     The defendant agrees that the delay in proceeding to trial, occasioned by a continuance granted in response to this request, will be excluded for purposes of calculating a trial setting under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)) and the U.S. Constitution.

6.     The ends of justice served by granting this request for continuance outweigh the best interest of the public and the defendant in a speedy trial.

7.     The government, by Assistant United States Attorney Susan Collins has no objection to this motion.

WHEREFORE, the defendant, Samuel Bradbury by counsel, moves the Court for an order continuing the trial currently set for September 22, 2014, for a period of no less than thirty (30) days, and resetting the pretrial conference.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.


By:   S/ Ashwin Cattamanchi
       Ashwin Cattamanchi
       31 East Sibley Street
       Hammond, IN   46320
       Phone:  (219) 937-8020
       Fax:  (219) 937-8021

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on <u> August 21, 2014 </u>, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which sent notification of such

filing to the following:

Susan L. Collins
[Susan.l.Collins@usdoj.gov](mailto:Susan.l.Collins@usdoj.gov)


<u>   S/ Ashwin Cattamanchi</u>