UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                CASE NUMBER:  2:14-CR-71

SAMUEL L. BRADBURY

    Defendant.

**NOTICE OF DEFENDANT'S INTENT TO INTRODUCE
EXPERT WITNESS TESTIMONY OF ERIK NIELSON
AT TRIAL PURSUANT TO FED. R. CRIM. P. 16(b)(1)(C)
AND FED. R. EVID. 702**

Samuel L. Bradbury, by counsel, and pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rule of Evidence 702 hereby provides notice of his intent to call Erik Nielson as an expert witness at trial.

**I.    Expert Qualifications**

Dr. Erik Nielson is an Assistant Professor at the University of Richmond. At various times he has taught various courses related to literature and writing, including Introduction to Literature, Rap Music, Survey of Shakespeare and The Global Short Story. He received his PhD in English from the University of Sheffield in Sheffield, United Kingdom and his Master of Arts in English from the University College London. Dr. Nielson has served as an expert witness and has also provided informational lectures to attorneys, judges and law enforcement personnel based on his research involving violent rhetoric in speech, particularly as seen in rap music. He wrote an amicus brief on this subject matter in relation to *Elonis v. United States*, 135 S. Ct. 2001 (2015). He has

been qualified as an expert and provided expert testimony in two murder trials, provided expert reports in two additional cases, is currently preparing testimony in an additional three criminal trials and has consulted in approximately 20 criminal cases. Dr. Nielson has also provided commentary on this issue in several media interviews. An outline of Dr. Nielson's publications and interviews in this area are found in his curriculum vitae attached as *Attachment A*.

## II.   Anticipated testimony and relevance to Mr. Bradbury's case

Under Rule 702, Fed. R. Evid., expert testimony is admissible if "specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue," and the testimony is based on sufficient facts and reliable research methodology. Fed. R. Evid. 702. An expert may be qualified as such by his "knowledge, skill, experience, training, or education." *Id*. As detailed in Section I, Dr. Nielson's education, training, experience, and knowledge qualify him as an expert on analysis of written speech and music lyrics.

The evidence in this case consists of a Facebook post written by Mr. Bradbury in the form of a narrative. Dr. Nielson's testimony will assist the trier of fact in understanding the narrative nature of the post, and is therefore relevant to the issue of Mr. Bradbury's intent. Dr. Nielson will provide testimony explaining the consistency of the Facebook post with other fictional writings by Mr. Bradbury and its use of rhetorical devices similar to those seen in Mr. Bradbury's musical influences as well as in political commentary across various genres.

Date: June 22, 2015

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:     s/Viniyanka Prasad
        Viniyanka Prasad

By:     s/ Ashwin Cattamanchi
        Ashwin Cattamanchi
        31 East Sibley Street
        Hammond, IN   46320
        Phone:  (219) 937-8020
        Fax:  (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jill Rochelle Koster - AUSA
Jill.Koster@usdoj.gov

Abizer Zanzi - AUSA
abizer.zanzi@usdoj.gov

s/ Viniyanka Prasad

3